UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE LUXURY JET SKI RENTALS LLC | Case No.:  22cv2009-LL-JLB<br><br>**ORDER:**<br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br>[ECF No. 139]<br><br>**(2) GRANTING CLAIMANTS' MOTION FOR APPROVAL OF MINOR'S COMPROMISE**<br>[ECF No. 131]<br><br>**(3) GRANTING IN PART AND DENYING IN PART CLAIMANTS' APPLICATIONS FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br>**[**ECF Nos. 130, 137] |

This matter originated under federal maritime law and involves claims of negligence and gross negligence against Luxury Jet Ski Rentals, LLC. ECF No. 130-1 at 3.[1] The parties reached a settlement agreement, which includes a confidentiality clause, prohibiting

---

[1] Citations to any docketed materials refer to the CM/ECF number printed on the top of each page.

1

Claimants from publicly disseminating the terms of the compromise. *Id.* at 2. Claimants filed a Notice of Unopposed Motion for Approval of Minor's Compromise for M.F. ("Minor's Compromise Motion") on October 30, 2024, and supplemental declarations on December 9, 2024. ECF Nos. 131 (SEALED), 138 (SEALED). Claimants also filed a Notice of Unopposed Application for Leave to File Documents Under Seal [ECF No. 130] and an Application for Leave to File Supplemental Declarations of Noor Tashtosh and Carlos F. Llinás-Negret Under Seal [ECF No. 137] (collectively "Motions to Seal"). The Motions to Seal seek leave to seal the entirety of the Minor's Compromise Motion, including declarations. ECF Nos. 130-1, 137.

United Sates Magistrate Judge Daniel E. Butcher issued a Report and Recommendation ("Report") recommending this Court (1) grant the Minor's Compromise Motion and (2) grant in part and deny in part the Motions to Seal. ECF No. 139.

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth the district court's duties in connection with a magistrate judge's report and recommendation. The district court judge must "make a de novo determination of those portions of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States. v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). However, in the absence of a timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206) (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise.").

Objections to the Report were due no later than January 14, 2025. ECF No. 139 at 8. To date, no objections have been filed and the time for doing so has expired. Having reviewed the Report, the Court finds it is thorough, well-reasoned, and contains no clear

errors. Accordingly, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** as follows:

    1.    The Court **GRANTS** the Minor's Compromise Motion for M.F. [ECF No. 131 (SEALED)], as amended by the supplemental briefing [ECF No. 138 (SEALED)].

    2.    The compromise and terms of the settlement as set forth in the Minor's Compromise Motion are in the best interest of Claimant M.F., and the Minor's Compromise Motion, as amended by the supplemental briefing, is approved.

    3.    The net proceeds to M.F. are to be deposited in an insured Bank of America savings account in Albuquerque, New Mexico to be used for M.F.'s education.

    4.    The Court **GRANTS IN PART AND DENIES IN PART** Claimants' Motions to Seal [ECF Nos. 130, 137].

    5.    On or before **April 15, 2025**, Claimants must file a redacted version of the Minor's Compromise Motion and related exhibits and supplemental declarations on the public docket. The redactions must be limited to the settlement amounts.

    6.    The Clerk of Court is **DIRECTED** to maintain the documents at ECF Nos. 131 and 138 under seal.

**IT IS SO ORDERED.**

Dated: April 8, 2025

_____
Honorable Linda Lopez
United States District Judge