# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 22-cv-2009-LL-JLB

## CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the order exonerating Luxury Jet Ski Rentals LLC from all liability and dismissing with prejudice Claimants' third-party complaint against Tyler Peters [112], as well as the order granting Third Party Plaintiffs' and Luxury Jet Ski Rentals LLC's motions for default judgment against Adian H. Ali and awarding damages [107, 146, 151]. This case is hereby closed.

**Date:** 9/29/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**

By: s/ B. Chandler
B. Chandler, Deputy

**Attachment:**
**In Re:**
**Luxury Jet Ski Rentals LLC**

**Plaintiff:**
**Luxury Jet Ski Rentals LLC, as the owner of a 2021 seadoo personal watercraft**

**ThirdParty Plaintiffs:**
**Kardinia Almosawi; M. F., by and through guardian ad litem Noor Tashtosh**

**Claimants:**
**Maytham Farouq; Noor Tashtosh; Ayman Hammad; Kardinia Almosawi; Farhan Hammad; M. F.** ***by and through guardian ad litem Noor Tashtosh***

**Counter Defendant:**
**Luxury Jet Ski Rentals LLC, as the owner of a 2021 seadoo personal watercraft**

**ThirdParty Plaintiff:**
**Farhan Hammad**

**ThirdParty Defendants:**
**Tyler Peters; Michael Hall; Adian H Ali**

**Counter Defendants:**
**Farhan Hammad; Luxury Jet Ski Rentals LLC, as the owner of a 2021 seadoo personal watercraft; Maytham Farouq; Noor Tashtosh; Ayman Hammad; Kardinia Almosawi; Farhan Hammad; Luxury Jet Ski Rentals LLC,** ***as the owner of a 2021 seadoo personal watercraft***

**ThirdParty Plaintiff:**
**Noor Tashtosh; Ayman Mahmmad; Maytham Farouq; Farhan Hammad; Kardinia Almosawi**

**ThirdParty Defendants:**
**Adian H Ali; Michael Hall; Tyler Peters**

**Cross Claimant:**
**Luxury Jet Ski Rentals LLC, as the owner of a 2021 seadoo personal watercraft**

**Cross Defendant:**
**Adian H Ali**

**Counter Claimant:**
**Luxury Jet Ski Rentals LLC, as the owner of a 2021 seadoo personal watercraft**

**Counter Defendant: :**
**Kardinia Almosawi**